To Court of Criminal Appeals
P.O. Box 12308, Capital Station
Austin Tx 78711

12-28-14

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 14 2015

Abel Acosta, Clerk

42,421-02; -03; -0
-06

Re: Rodney Kevin Williams; Reciept of Habeas Corpus.

I wanted to ask this court if it has recieved my 5 11.07 Habeas Corpus from the 262nd District Court. I have not recieved any post cards giving notice if you were in reciept of my Habeas Corpus.

On 12-10-14 the trial court made findings of fact & conclusions of law that my plea of guilty for the following offenses was involuntary:

- 262nd District; Harris County

  Super Aggravated Sexual Assault of a child   Cause# 1224794
  Super Aggravated Sexual Assault of a child   Cause# 1231935
  Super Aggravated Sexual Assault of a child   Cause# 1225681
  Possesion of Child pornagrophy               Cause# 1255821
  Promotion of Child pornography               Cause# 1224792

In the order it said specificly to transmit the 11.07 proceedings for these 5 convictions to the Court of Criminal Appeals. If you could please inform me if you are in reciept of them and their corresponding writ#'s I would greatly appreciate it.

Sincerely,

Rodney Williams
# 1635827
Robertson Unit
12071 F.M. 3522
Abilene, TX 79601